IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ZAY WHITAKER                                                                    PETITIONER

v.                      Case No. 5:11CV00212 SWW-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                          RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 25th day of October, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE